STEPHEN GLICK, SBN 59404
sglick@glicklegal.com
M. ANTHONY JENKINS, SBN 171958
ajenkins@glicklegal.com
LAW OFFICES OF STEPHEN GLICK, APC
1055 Wilshire Boulevard, Suite 1480
Los Angeles, California 90017
Tel: (213) 387-3400
Fax: (213) 387-7872

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS H. GARCIA, et al.,<br><br>            Plaintiffs,<br>    v.<br><br>EVANS DELIVERY COMPANY, INC., et al.,<br><br>            Defendants. | CASE NO. 2:19–cv–04316–DSF–E<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: 08/17/2020<br>Time: 1:30 p.m.<br>Courtroom: Hon. Dale S. Fischer |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on 08/17/2020 at 1:30 p.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at the First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California, Plaintiffs and Class Representatives Santos H. Garcia, Ramiro Orozco, Michel Salmo, Wilver Antonio Vasquez Quintanilla, and Edgar Veliz Baeza, will and hereby do move the Court for an order:

(1) Granting preliminary approval of their proposed class action settlement (Settlement Agreement) with Defendants Evans Delivery Company, Inc. and Allen

-1-

Cepeda in the amount of $2,800,000.00 (Exhibit 1 to the Declaration of Stephen Glick filed herewith (<u>Glick Declaration</u>);

(2) Granting leave to file a Third Amended Complaint, attached as Exhibit 2 to the Glick Declaration;

(3) Provisionally certifying the Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(2), and appointing Plaintiffs and their counsel as representatives of the Settlement Class.;

(5) Appointing ILYM Group, Inc. as the settlement administrator and approving the specific tasks to be performed by the same under the Settlement Agreement;

(6) Approving distribution of the Notice of Settlement and Final Fairness Hearing (<u>Notice</u>) to the class, attached as Exhibit 4 to the Glick Declaration (Exhibit 1 to the Settlement Agreement);

(7) Setting a hearing date for a fairness hearing and motion for an award of attorney fees and costs to be paid to Class Counsel, and service awards to be paid to the Class Representatives; and,

(8) Granting such other relief related to the implementation of the Settlement Agreement as set forth in the proposed order submitted herewith (Exhibit 2 to the Settlement Agreement) or otherwise deemed appropriate by the Court.

This motion is made on the grounds that the Settlement Agreement is fair, adequate and reasonable to all potential Class Members; extensive evaluation of the merits has been conducted such that Counsel for the Parties are able to reasonably evaluate their respective positions; settlement at this time will avoid substantial additional costs to all Parties, as well as avoid the delay and the risks presented by further prosecution of issues either in the current or separate litigation proceedings which are addressed by the Agreement; the Settlement Agreement was reached as the result of good faith, non-collusive arms-length negotiations with the assistance of an experienced mediator and former judge, the Honorable Michael D. Marcus of

1  ADR Services, during a full-day mediation session on April 23, 2020; distribution of
2  the Notice in the manner and form set forth in the Agreement meets the requirements
3  of due process and Federal Rules of Civil Procedure 23(c)(2) and 23(e) and this
4  Notice is the best practicable under the circumstances and constitutes due and
5  sufficient notice to all persons entitled thereto; and, granting leave to file a Third
6  Amended Complaint is necessary in order to define the class as set forth in the
7  Settlement Agreement by adding the words "or any of its subsidiaries."
8     This motion is based on this Notice of Motion and Motion, the Memorandum
9  of Points and Authorities and Declaration of Stephen Glick filed herewith, the
10 pleadings and papers on file with the Court and upon such further evidence and
11 argument as may be allowed.

Dated: 07/20/2020                   LAW OFFICES OF STEPHEN GLICK
                                    By:   /s/ M. Anthony Jenkins
                                          M. Anthony Jenkins
                                    Attorney for Plaintiffs SANTOS H.
                                    GARCIA, RAMIRO OROZCO, MICHEL
                                    SALMO, WILVER ANTONIO VASQUEZ
                                    QUINTANILLA and EDGAR VELIZ
                                    BAEZA, individually and on behalf of all
                                    others similarly situated, all current, former
                                    and future aggrieved employees, and the
                                    general public of California

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, Suite 1480, Los Angeles, California 90017.

On July 20, 2020, I served copies of the following documents:

**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**ORDER (1) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT; (2) GRANTING CERTIFICATION OF SETTLEMENT CLASS; (3) DIRECTING NOTICE TO THE CLASS; AND (4) SETTING DATE FOR FAIRNESS HEARING**

__X__   (**BY ELECTRONIC SERVICE**) per agreement, I electronically served an accurate copy to the following person(s) and their electronic addresses and the transmission was reported complete and without error.

__X__   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Christopher J. Eckhart
ceckhart@scopelitis.com
Alaina C. Hawley
ahawley@scopelitis.com
James T. Spolyar
jspolyar@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204

Christopher C. McNatt, Jr.
cmcnatt@scopelitis.com
Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue Suite 560
Pasadena, CA 91101

Howard Smith
hjsmith@b3law.com
Berman Berman Berman Schneider and Lowary LLP
11900 West Olympic Boulevard

1

Suite 600
Los Angeles, CA 90064-1151

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this July 20, 2020, at Los Angeles, California

_____
Elvin Cruz

2