STEPHEN GLICK, SBN 59404
sglick@glicklegal.com
M. ANTHONY JENKINS, SBN 171958
ajenkins@glicklegal.com
LAW OFFICES OF STEPHEN GLICK, APC
1055 Wilshire Boulevard, Suite 1480
Los Angeles, California 90017
Tel: (213) 387-3400
Fax: (213) 387-7872

Attorney for Plaintiffs/Class Representatives SANTOS H. GARCIA, RAMIRO OROZCO, MICHEL SALMO, WILVER ANTONIO VASQUEZ QUINTANILLA and EDGAR VELIZ BAEZA, and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS H. GARCIA, individually and on behalf of all others similarly situated, all current, former and future aggrieved employees, and the general public of California; RAMIRO OROZCO, individually and on behalf of all others similarly situated, all current, former and future aggrieved employees, and the general public of California; MICHEL SALMO, individually and on behalf of all others similarly situated, all current, former and future aggrieved employees, and the general public of California; WILVER ANTONIO VASQUEZ QUINTANILLA and EDGAR VELIZ BAEZA, each individually and on behalf of all others similarly situated and the general public of California,<br><br>Plaintiffs, | CASE NO. 2:19–cv–04316–DSF–E<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: 12/14/2020<br>Time: 1:30 p.m.<br>Courtroom: 7D<br><br>Judge: Honorable Dale S. Fischer |

1

v.

EVANS DELIVERY COMPANY, INC., a corporation; ALLEN CEPEDA; DOES 1 to 100, inclusive,

Defendants.

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on December 14, 2020 at 1:30 p.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at the First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California, Plaintiffs/Class Representatives Santos H. Garcia, Ramiro Orozco, Michel Salmo, Wilver Antonio Vasquez Quintanilla and Edgar Veliz Baeza, will and hereby do move the Court for an order granting final approval of the parties' class action settlement agreement.

This motion is made pursuant to Federal Rule of Civil Procedure 23 and is based on this notice and motion, the memorandum of points and authorities and declarations of Makenna Snow and Stephen Glick filed herewith, the pleadings, papers, and records on file in this action, and upon such other information as the Court may find it appropriate to consider.

Dated: 11/16/2020

LAW OFFICES OF STEPHEN GLICK

By: /s/ Stephen Glick
Stephen Glick
Attorney for Plaintiffs/Class Representatives SANTOS H. GARCIA, RAMIRO OROZCO, MICHEL SALMO, WILVER ANTONIO VASQUEZ QUINTANILLA and EDGAR VELIZ BAEZA, and the Class

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, Suite 1480, Los Angeles, California 90017.

    On November 16, 2020, I served copies of the following documents:

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**DECLARATION OF STEPHEN GLICK IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND MOTION FOR APPROVAL OF AWARD OF ATTORNEY'S FEES AND COSTS, AND INCENTIVE AWARDS**

**DECLARATION OF MAKENNA SNOW OF ILYM GROUP, INC., IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**[PROPOSED] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT**

__X__ (**BY ELECTRONIC SERVICE**) per agreement, I electronically served an accurate copy to the following person(s) and their electronic addresses and the transmission was reported complete and without error.

__X__ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| Christopher J. Eckhart<br>ceckhart@scopelitis.com<br>Alaina C. Hawley<br>ahawley@scopelitis.com<br>James T. Spolyar<br>jspolyar@scopelitis.com<br>Scopelitis, Garvin, Light, Hanson & Feary, P.C. | Christopher C. McNatt, Jr.<br>cmcnatt@scopelitis.com<br>Scopelitis, Garvin, Light, Hanson & Feary, LLP<br>2 North Lake Avenue Suite 560<br>Pasadena, CA 91101<br><br>Howard Smith |

10 West Market Street, Suite 1400
Indianapolis, IN 46204

hjsmith@b3law.com
Berman Berman Berman Schneider and Lowary LLP
11900 West Olympic Boulevard
Suite 600
Los Angeles, CA 90064-1151

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this November 16, 2020, at Los Angeles, California.

                  _____
                  Elvin Cruz